```
BRITTANY NICOLE COOK          CREDIT SYSTEMS
14104 BIG RIDGE RD            ATTN: BANKRUPTCY
APT 728                      PO BOX 1088
BILOXI, MS 39532             ARLINGTON, TX 76004


THOMAS C. ROLLINS, JR.       DEWAYNE CHERRY
THE ROLLINS LAW FIRM, PLLC   14104 BIG RIDGE RD, APT 728
P.O. BOX 13767               BILOXI, MS 39532
JACKSON, MS 39236


AFFIRM, INC.                 DIRECT AUTO
ATTN: BANKRUPTCY             P.O. BOX 3199
650 CALIFORNIA S             WINSTON SALEM, NC 27102-3199
SAN FRANCISCO, CA 94108


AFFIRM, INC.                 KAREN FARNSWORTH
ATTN: BANKRUPTCY             914 DE LA POINTE DR
650 CALIFORNIA ST            GAUTIER, MS 39553
SAN FRANCISCO, CA 94108


AFFIRM, INC.                 LEND NATION
650 CALIFORNIA ST            1530 BIENVILLE BLVD
SAN FRANCISCO, CA 94108      OCEAN SPRINGS, MS 39564


CAINE & WEINER               MIDLAND CREDIT MGMT
PO BOX 55848                 ATTN: BANKRUPTCY
SHERMAN OAKS, CA 91413       PO BOX 939069
                             SAN DIEGO, CA 92193


CAPITAL ONE AUTO             MOHELA
7933 PRESTON RD              633 SPIRIT DRIVE
PLANO, TX 75024              CHESTERFIELD, MO 63005


CREDIT ACCEPTANCE            PAYTIENT
ATTN: BANKRUPTCY             3601 ENDEAVOR AVE
25505 WEST 12 MILE RD        STE 109
STE 3000                     COLUMBIA, MO 65201
SOUTHFIELD, MI 48034

CREDIT ONE                   UNITED AUTO CREDIT CO
PO BOX 98872                 ATTN: BANKRUPTCY
LAS VEGAS, NV 89193          PO BOX 163049
                             FORT WORTH, TX 76161
```