United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50945-KMS
Brittany Nicole Cook Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: 318 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittany Nicole Cook, 14104 Big Ridge Rd, Apt 728, Biloxi, MS 39532-2956 |
| 5684013 | + | Dewayne Cherry, 14104 Big Ridge Rd, Apt 728, Biloxi, MS 39532-2956 |
| 5684014 | | Direct Auto, P.O. Box 3199, Winston Salem, NC 27102-3199 |
| 5684015 | | Karen Farnsworth, 914 De La Pointe Dr, Gautier, MS 39553 |
| 5684016 | + | Lend Nation, 1530 Bienville Blvd, Ocean Springs, MS 39564-3006 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 09 2026 23:55:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5684006 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 09 2026 20:02:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5684007 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 09 2026 20:02:42 | Affirm, Inc., 650 California St, San Francisco, CA 94108-2716 |
| 5684005 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 09 2026 20:02:50 | Affirm, Inc., Attn: Bankruptcy, 650 California S, San Francisco, CA 94108-2716 |
| 5684008 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 09 2026 19:59:42 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 5684009 | + | EDI: CAPONEAUTO.COM | Sep 09 2026 23:55:00 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5686789 | + | EDI: AISACG.COM | Sep 09 2026 23:55:00 | Capital One Auto Finance,, a division of Capital One, N.A., Departm, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5684010 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 09 2026 19:59:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5684011 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2026 20:02:42 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5684012 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Sep 09 2026 20:00:00 | Credit Systems, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 5684018 | | Email/Text: EBN@Mohela.com | Sep 09 2026 19:59:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5684017 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 20:00:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5684019 | ^ | MEBN | Sep 09 2026 19:57:21 | Paytient, 3601 Endeavor Ave, Ste 109, Columbia, MO 65201-8354 |
| 5684020 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | | |

| | |
|---|---|
| Sep 09 2026 19:59:00 | United Auto Credit Co, Attn: Bankruptcy, Po Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brittany Nicole Cook trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Brittany Nicole Cook** | Social Security number or ITIN | **xxx–xx–7679** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–50945–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Brittany Nicole Cook**
aka Brittany Nichole Cook

Dated: 9/9/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**